AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Maria Guadalupe VALENZUELA-Martinez<br>(YOB: 1968; Mexico)<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. M-19-3175-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 30, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Section 841 | Knowingly and intentionally possess with the intent to distribute approximately 8.96 kilograms of cocaine, a Schedule II controlled substance in violation of 21 United States Code Section 841. |

This criminal complaint is based on these facts:
SEE ATTACHMENT "A"

☑ Continued on the attached sheet.

Approved by AUSA S. DiPiazza
S. DiPiazza

_____
Complainant's signature

Ryan McTaggart Special Agent HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/31/19 - 8:21a.m.

_____
Judge's signature

City and state: McAllen, Texas

Juan F. Alanis United States Magistrate Judge
*Printed name and title*

AFFIDAVIT

On December 30, 2019, Maria Guadalupe VALENZUELA-Martinez (hereafter referred to as VALENZUELA-Martinez), the driver, and sole occupant, of a Chevrolet Malibu bearing Mexico license plates presented herself for admission at the Anzalduas, Texas, Port of Entry.

VALENZUELA-Martinez was referred for secondary inspection and, during secondary inspection, approximately eight (8.96kgs) kilograms of cocaine was discovered concealed inside the center console of the vehicle.

In a post Miranda warning statement VALENZUELA-Martinez stated VALENZUELA-Martinez had been recruited by an individual in Mexico to drive a vehicle which VALENZUELA-Martinez thought contained a controlled substance across the United States / Mexico International Boundary.

VALENZUELA-Martinez stated VALENZUELA-Martinez knew what VALENZUELA-Martinez was doing was illegal and VALENZUELA-Martinez was going to be paid $1,000.00 USD for driving the vehicle from Mexico into the United States.